**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8024

RICCARDO DARNELL JONES,

Plaintiff - Appellant,

v.

BUNCOMBE COUNTY SHERIFF'S OFFICE; CURRY RAY; VAN DUNCAN; LT.
SALYER,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:08-cv-00390-GCM)

Submitted:  November 13, 2008      Decided:  November 21, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Riccardo Darnell Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riccardo Darnell Jones seeks to appeal the district court's order denying his motions for in camera review and appointment of counsel and dismissing some but not all parties from his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jones seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We further deny Jones' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2